UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERONDA DANIELS, Individually and on Behalf of the Estate of L.V. Daniels, Jr., Deceased; <br> L.V. DANIELS, SR. Individually and on Behalf of the Estate of L.V. Daniels, Jr., Deceased; and, <br> LILLE RUE DANIELS, Individually and on Behalf of the Estate of L.V. Daniels, Jr., Deceased <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DALLAS and CITY OF DALLAS OFFICER KENT OWEN WOLVERTON, Individually and in his Official Capacity <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:05-CV-02460-B <br> US CONSTITUTION and <br> AMENDMENTS <br> 42 USC 1983 <br> Violation of Civil Rights et al |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Sheronda Daniels, Individually and on behalf of the Estate of L.V. Daniels, Jr. Deceased; L.V. Daniels, Sr. Individually and on Behalf of the Estate of L.V. Daniels, Jr., Deceased; and, Lille Rue Daniels, Individually and on Behalf of the Estate of L.V. Daniels, Jr., Deceased, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the amended final judgment entered in this action on the 8th day of August 2007.

       s/Stan Broome_____
**Stanley D. Broome**
Texas State Bar No. 24029457
**Matthew W. Bobo**
Texas State Bar No. 24006860
**Timothy J. Miller**
Texas State Bar No. 24032747

**BROOME BOBO, LLP**
105 Decker Court, Suite 850
Irving, TX  75062
214.574.7500
214.574.7501 (fax)

**Harvey G. Joseph**
Texas State Bar No.  11027850

**THE LAW OFFICES OF HARVEY G. JOSEPH**
P.O. Box 810485
Dallas, Texas  75381
214.769.6078
214.574.7501 (fax)

ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

On the 20th day of August 2007 a true and correct copy of the above and foregoing pleading was forwarded to Defendant's counsel electronically through the CM/ECF system in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Texas – Dallas Division.

     s/Stan Broome_____
Stanley D. Broome