

3:05CV2460-B

-----------------------------------------Cut Here-----------------------------------------

No.  3:05-cv-2460-B    Short Title  Sheronda Daniels et al v. City of Dallas et al

07-10883

Dallas Division
1100 Commerce Room 1452
Dallas, TX 75242-1003

**Attorney Forwarding Receipt**        *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's Office.*

| ☒ Records Vols: | 3 electronic | 4 VOLUMES |
| ☐ Supp. Records Vols. | | |
| * ☐ Exhibits | | ☐ |

Records in above case forwarded to:

Attorney Name: Barbara Rosenberg

Address: 1500 Marilla St, 7BN

City, State, Zip: Dallas TX 75201

Signed: _____    Date: 11-13-07

-----------------------------------------Cut Here-----------------------------------------