United States Court of Appeals
Fifth Circuit

**F I L E D**

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

March 28, 2008

Charles R. Fulbruge III
Clerk

---

No. 07-10883
Summary Calendar

---

D.C. Docket No. 3:05-CV-2460

SHERONDA DANIELS, Individually and on Behalf of the Estate of L V Daniels Jr Deceased; L V DANIELS, SR, Individually and on Behalf of the Estate of L V Daniels Jr Deceased; LILLIE RUE DANIELS, Individually and on Behalf of the Estate of L V Daniels Jr Deceased

        Plaintiffs - Appellants

        v.

CITY OF DALLAS; KENT OWEN WOLVERTON, City of Dallas Officer Individually and in his Official Capacity

        Defendants - Appellees

Appeal from the United States District Court for the Northern District of Texas, Dallas.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest   MAY 2 2 2008

ISSUED AS MANDATE: MAY 2 2 2008

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _Madeline Chugay_
        Deputy

New Orleans, Louisiana